## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00791-RM

HOWARD COHAN,

    Plaintiff,

v.

URBAN COMMONS RDH, LLC, a Delaware limited liability company,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 11) of Judge Raymond P. Moore entered on March 23, 2020, it is

ORDERED that judgment is hereby entered in favor of Defendant, Urban Commons RDH, LLC, and against Plaintiff, Howard Cohan.   It is

FURTHER ORDERED that this case is closed.

 Dated at Denver, Colorado this 23rd of March, 2020.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                              s/C. Pearson
                                            Deputy Clerk